```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 19-00720-RNO
Conchetta Martorella                                               Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman              Page 1 of 2              Date Rcvd: Mar 19, 2019
                             Form ID: pdf010              Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
```
db             +Conchetta Martorella,    10 Kennedy Street,    Pittston, PA 18640-1820
5164875         Barclay,    PO Box 13337,    Philadelphia PA 19101-3337
5164876        +Barclays Bank Delaware,    125 S West Street,    Wilmington DE 19801-5014
5164877        +Barclays Bank Delaware,    PO Box 8803,    Wilmington,DE 19899-8803
5164881        +DSNB/Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
5164882        +Grassy Sprain Group Inc.,    9858 Clint Moore Road,    Suite C-11, #217,
                 Boca Raton FL 33496-1034
5164884        +Lending Club,    21 Stevenson Suite 300,    San Francisco, CA 94105-2706
5164885         Lending Club,    7 Stevenson Street,    San Francisco, CA 94105
5164887        +MarketPlace Trust,    PO Box 1719,    Portland, OR 97207-1719
5164889         Oliphant Financial,    PO Box 740882,    Atlanta GA 30374-0882
5164892        +Pentagon FCU,    POB 456,    Alexandria VA 22313-0456
5164895        +Quantum 3 Group LLC,    PO Box 188,    Kirkland WA 98083-0188
5164901       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    5005 N River Blvd Ne,
                 Cedar Rapids IA 52411)
5164902         Volkswagen Credit,    PO Box 5215,    Carol Stream IL 60197-5215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 19:09:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5164878        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2019 19:09:40      Capital One,
                 PO Box 30281,    Salt Lake City UT 84130-0281
5169330         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2019 19:09:52
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
5164879        +E-mail/Text: jessicajones@cpcrecovery.com Mar 19 2019 19:06:10       Central Portfolio Control,
                 10249 Yellow Circle Drive,    Suite 200,    Minnetonka MN 55343-9111
5164880        +E-mail/Text: rwatters@pfsc.com Mar 19 2019 19:06:12       Circle Back Lending,    777 Yamoto Road,
                 Boca Raton FL 33431-4408
5164883         E-mail/Text: tg@purchasedebt.com Mar 19 2019 19:06:12       Grassy Sprain Group, Inc.,
                 35 E Grassy Sprain Road,    Suite 210,    Yonkers NY 10710-4613
5164886        +E-mail/Text: bk@lendingclub.com Mar 19 2019 19:06:10       Lending Club,    71 Stevenson Suite 300,
                 San Francisco, CA 94105-2985
5164888        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2019 19:06:05      Midland Funding LLC,
                 2365 Northside Drive,    Suite 300,    San Diego CA 92108-2709
5164890        +E-mail/Text: bankruptcy@oliphantfinancial.com Mar 19 2019 19:06:06       Oliphant Financial,
                 2601 Cattlemen Road,    Ste. 300,    Sarasota FL 34232-6231
5164894         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 19:09:40
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk VA 23502
5164893         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 19:09:40
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk VA 23541
5164891        +E-mail/Text: bkrgeneric@penfed.org Mar 19 2019 19:06:00       Pentagon FCU,
                 1001 N Fairfax Street,    Alexandria, VA 22314-1797
5165673         E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2019 19:06:04
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
5164896        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 19 2019 19:06:09       Quicken Loans,
                 1050 Woodward Avenue,    Detroit MI 48226-1906
5173052        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 19 2019 19:06:09       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5164897         E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 19:09:53       SYNCB/AMAZON PLCC,
                 PO BOX 965015,    Orlando, FL 32896-5015
5164898        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 19:09:53       SYNCB/Paypal,    PO Box 965005,
                 Orlando FL 32896-5005
5164899        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 19:09:53       SYNCB/TJX CO PLCC,
                 P.O. Box 965015,    Orlando, FL 32896-5015
5164900        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 19:09:39       SYNCB/WAL-MART,    PO BOX 965024,
                 Orlando, FL 32896-5024
5165336        +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 19:09:53       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0314-5          User: REshelman          Page 2 of 2          Date Rcvd: Mar 19, 2019
                              Form ID: pdf010          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              John    Fisher    on behalf of Debtor 1 Conchetta  Martorella johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CONCHETTA MARTORELLA | : | CHAPTER 13 |
| Debtor | : | |
| | : | CASE NO.: 5:19-bk-00720 |
| | : | |
| | : | MOTION TO EXTEND STAY |

**ORDER**

And now upon consideration of the Motion of the Debtor and good cause having been demonstrated by the Movant to warrant the relief requested AFTER Notice and an opportunity for a hearing, it is hereby ORDERED and DECREED that the motion is GRANTED that the automatic stay in this matter be and hereby is extended as to all creditors pending further Order of this Court.

Dated: March 19, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)