```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                              Case No. 19-00720-RNO
Conchetta Martorella                                                                Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5           User: REshelman              Page 1 of 2              Date Rcvd: Apr 09, 2019
                               Form ID: pdf010              Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db              +Conchetta Martorella,    10 Kennedy Street,    Pittston, PA 18640-1820
5181287         +Bankruptcy Department,    Pentagon Federal Credit Union,    Bankruptcy Department,
                  P.O. Box 1432,    Alexandria, VA 22313-1432
5164875          Barclay,    PO Box 13337,    Philadelphia PA 19101-3337
5164876         +Barclays Bank Delaware,    125 S West Street,    Wilmington DE 19801-5014
5164877         +Barclays Bank Delaware,    PO Box 8803,    Wilmington,DE 19899-8803
5164881         +DSNB/Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
5164882         +Grassy Sprain Group Inc.,    9858 Clint Moore Road,    Suite C-11, #217,
                  Boca Raton FL 33496-1034
5164884         +Lending Club,    21 Stevenson Suite 300,    San Francisco, CA 94105-2706
5164885          Lending Club,    7 Stevenson Street,    San Francisco, CA 94105
5164887         +MarketPlace Trust,    PO Box 1719,    Portland, OR 97207-1719
5164889          Oliphant Financial,    PO Box 740882,    Atlanta GA 30374-0882
5164892         +Pentagon FCU,    POB 456,    Alexandria VA 22313-0456
5164895         +Quantum 3 Group LLC,    PO Box 188,    Kirkland WA 98083-0188
5164901         ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,     5005 N River Blvd Ne,
                  Cedar Rapids IA 52411)
5175605         +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
5164902          Volkswagen Credit,    PO Box 5215,    Carol Stream IL 60197-5215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 19:15:23
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5164878         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 19:15:10      Capital One,
                  PO Box 30281,    Salt Lake City UT 84130-0281
5169330          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 19:15:11
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5164879         +E-mail/Text: jessicajones@cpcrecovery.com Apr 09 2019 19:17:32      Central Portfolio Control,
                  10249 Yellow Circle Drive,    Suite 200,    Minnetonka MN 55343-9111
5164880         +E-mail/Text: rwatters@pfsc.com Apr 09 2019 19:17:35      Circle Back Lending,    777 Yamoto Road,
                  Boca Raton FL 33431-4408
5164883          E-mail/Text: tg@purchasedebt.com Apr 09 2019 19:17:33      Grassy Sprain Group, Inc.,
                  35 E Grassy Sprain Road,    Suite 210,    Yonkers NY 10710-4613
5164886         +E-mail/Text: bk@lendingclub.com Apr 09 2019 19:17:31      Lending Club,    71 Stevenson Suite 300,
                  San Francisco, CA 94105-2985
5180206         +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 19:17:21      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
5164888         +E-mail/Text: bankruptcydpt@mcmcg.com Apr 09 2019 19:17:21      Midland Funding LLC,
                  2365 Northside Drive,    Suite 300,    San Diego CA 92108-2709
5164890         +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 09 2019 19:17:22      Oliphant Financial,
                  2601 Cattlemen Road,    Ste. 300,    Sarasota FL 34232-6231
5181289         +E-mail/Text: bkrgeneric@penfed.org Apr 09 2019 19:17:11      PENFED,
                  Pentagon Federal Credit Union,    Bankruptcy Department,    P.O. Box 1432,
                  Alexandria, VA 22313-1432
5164894          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 19:36:46
                  Portfolio Recovery Associates,    120 Corporate Blvd,    Norfolk VA 23502
5164893          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 19:14:59
                  Portfolio Recovery Associates,    PO Box 12914,    Norfolk VA 23541
5164891         +E-mail/Text: bkrgeneric@penfed.org Apr 09 2019 19:17:11      Pentagon FCU,
                  1001 N Fairfax Street,    Alexandria, VA 22314-1797
5165673          E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2019 19:17:17
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
5164896         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 09 2019 19:17:29      Quicken Loans,
                  1050 Woodward Avenue,    Detroit MI 48226-1906
5173052         +E-mail/Text: bankruptcyteam@quickenloans.com Apr 09 2019 19:17:29      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
5164897          E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:14:58      SYNCB/AMAZON PLCC,
                  PO BOX 965015,    Orlando, FL 32896-5015
5164898         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:15:22      SYNCB/Paypal,    PO Box 965005,
                  Orlando FL 32896-5005
5164899         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:15:23      SYNCB/TJX CO PLCC,
                  P.O. Box 965015,    Orlando, FL 32896-5015
5164900         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:14:59      SYNCB/WAL-MART,    PO BOX 965024,
                  Orlando, FL 32896-5024
5165336         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:14:59      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 22
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          John   Fisher    on behalf of Debtor 1 Conchetta  Martorella johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CONCHETTA MARTORELLA : CHAPTER 13
:
:
Debtor : CASE NO.: 5:19-bk-00720

# ORDER

A Motion to Dismiss the above captioned case having been filed by Debtor, it is

ORDERED that the above captioned case is dismissed.

Dated: April 9, 2019 By the Court,

_Robert N. Opel II (signature)_

Robert N. Opel, II, Chief Bankruptcy Judge (RR)